IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                          )
                                )
    Consultation                )        Magistrate No.   14-702 M
                                )
ERIC SMITH                      )

ORDER APPOINTING
FEDERAL PUBLIC DEFENDER

AND NOW this __29th__ day of __August__, _2014_, the Court being satisfied that the above-named individual is financially unable to obtain counsel, and said individual having requested the appointment of counsel;

IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1500 Liberty Center, 1001 Liberty Avenue, Pittsburgh, Pennsylvania 15222, telephone number (412) 644-6565, is hereby appointed to represent the individual in all matters related to the above cause.

PRIMARY COUNSEL:      Akin Adepoju

                      PA Attorney ID #

                      Robert C. Mitchell
                      United States Magistrate Judge